AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

FILED APR 2 1 2011 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | ORDER OF TEMPORARY DETENTION |
| | § | PENDING HEARING PURSUANT TO |
| vs. | § | BAIL REFORM ACT |
| | § | |
| (1) ARTHUR RAMIREZ | § | Case Number: WA:11-CR-00104(1)-WSS |
| Defendant | | |

Upon Motion of the Court, it is ORDERED that a __X__ Detention Hearing

____ Preliminary Hearing __X__ Arraignment is set for: __4/26/11__

* at __2:00 P.M.__ before U.S. Magistrate Judge __JEFFREY C. MANSKE__
Name of Judicial Officer

in the __U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas.__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

__4/21/11__
Date

JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.